346-15

Refuse
LM
11/18/15

Cause No. 13674-B

| | |
|---|---|
| Daniel Vasquez Dominguez | § In The Texas Court |
| Exparte    Petitioner, | |
| vs. | § Of Criminal Appeals |
| The State of Texas | |
| Respondent. | § At Austin, Texas |

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 18 2015

Abel Acosta, Clerk

## First Motion For Extension Of Time To File Motion For Rehearing From Refused Petition

FILED IN
COURT OF CRIMINAL APPEALS

NOV 18 2015

Abel Acosta, Clerk

To The Honorable Judges Of The Court of Criminal Appeals:

Comes now before the Court, Daniel Vasquez Dominguez, Exparte-Petitioner as a prose litigant, incarcerated at the Texas Department of Criminal Justice, and files this Motion for an extended time period of forty-five (45) days in which to file a motion for rehearing pursuant to rule 79.6 of the Texas Rules of Appellate Procedure. In support of this motion appellant shows the Court the following:

### I.
### History of Case

The Petitioner was convicted in the 104th District Court of Taylor County, Texas for the offense of aggravated sexual assault of a child in cause no. 13674-B,

(1.)

styled as, <u>The State of Texas vs. Daniel Dominguez</u> (2001). In May 8, 2012 petitioner filed two (2) motions pursuant to Article 64.01(c) of the Tex. Code Crim Proc. Appointment of Counsel was provided by the trial court but then withdrew from the case. No appointment was provided as replacement for petitioner's appeal after the trial court denied petitioner's motion on forensic/DNA testing. Petitioner took a pro se appeal in the Eleventh Court of Appeals at Eastland, Texas. The case was affirmed on February 27, 2015.

## II.

On Sept. 16, 2015, Appellant filed a pro se redrawn petition for discretionary review with this court, (<u>P.D.-No. 0346-15</u>). On Nov. 4, 2015 Appellant's Pro Se petition for discretionary review was <u>refused</u>. The present deadline for filing a motion for rehearing is fifteen days from Nov. 4, 2015. Which Appellant will not be able to meet without the Court's granting of this motion. Appellant does not make this request to delay the administration of justice, but makes his request in the interest of justice and to perfect his defense, on the merits.

## III.

Petitioner has limited time for adequate research at the unit law library, he has no type-writer,

no computer, or anyway of making copies at this Unit. All copies must be sent by outside sources.

## IV.

Petitioner has limited knowledge in law. He has no attorney helping him in his case. The law library has a huge quantity of outdated books of law that delay research. Without the Courts consideration to grant this extension, the petitioner will be at a disadvantage and will be unable to provide grounds to present with his motion and will be unable to meet the fifteen (15) day deadline to file a motion for rehearing under Tex. R. App. Pro.

Wherefore, Petitioner prays that this Court will grant this motion and extend the deadline for filing the Petitioner's motion for rehearing to: December 22, 2015.

Respectfully Submitted,

Daniel Vasquez Dominguez

Daniel Vasquez Dominguez
Petitioner, Pro Se
TDCJ-ID.# 1355966
Neal Unit
9055 Spur 591
Amarillo, Tx. 79107

## Certificate of Service

I certify that a true and correct copy of the foregoing First Motion for Extension To File Motion for Rehearing From Refused Petition, has been placed in the U.S. Postal Service, postage prepaid first class addressed to: Court Clerk, Abel Acosta, Court of Criminal Appeals of Texas, P.O. Box 12308, Capitol Station, Austin, Texas 78711, On this the 12th day of November, 2015.

Daniel Vasquez Dominguez
Petitioner, Pro Se

## Inmate's Declaration

I, Daniel Vasquez Dominguez, TDCJ# 1355966, being presently incarcerated in the Neal Unit of the Texas Department of Criminal Justice in Potter County, Texas verify and declare under penalty of perjury that the foregoing statements are true and correct.

Executed on this the 12th day of November, 2015.

Daniel Vasquez Dominguez
Petitioner, Pro Se
Neal Unit, TDCJ# 1355966

(4.)